Paul Swen Prior (Nevada Bar #9324)
David W. Gutke (Nevada Bar #9820)
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada  89169
Telephone:  702.784.5200
Facsimile:  702.784.5252
Email: sprior@swlaw.com
       dgutke@swlaw.com

*Attorneys for Defendant Four Queens, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MARIAH DOMIO, an Individual,<br><br>                    Plaintiff,<br><br>vs.<br><br>FOUR QUEENS, LLC, a Nevada Limited Liability Company; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>                    Defendants. | Case No. 2:15-cv-02215-GMN-NJK<br><br>**STIPULATION OF DISMISSAL OF FOUR QUEENS, LLC WITH PREJUDICE** |

It is hereby stipulated by and between Plaintiff Mariah Domio ("Domio"), through the law firm of Ryan Alexander, Chtd., and Defendant Four Queens, LLC ("Four Queens"), through its attorneys, the law firm of Snell & Wilmer L.L.P., as follows:

1. That pursuant to an executed settlement agreement and release, the above matter – including all claims– be dismissed with prejudice in its entirety.

2. Each party shall bear their own attorneys' fees and costs associated with this action.

/ / /

/ / /

/ / /

/ / /

1     3.    That this Court maintain jurisdiction to interpret, implement, and enforce the executed settlement agreement and release.

**IT IS SO STIPULATED.**

| DATED April 22, 2016. | DATED April 22, 2016. |
|---|---|
| RYAN ALEXANDER, CHTD. | SNELL & WILMER L.L.P. |
| By: */s/ Ryan Alexander*<br>Ryan Alexander, Esq.<br>Nevada Bar No. 10845<br>3017 W. Charleston Blvd., Suite 58<br>Las Vegas, NV 89102<br>Tel: (702) 868-3311<br>*Attorneys for Plaintiff* | By: */s/ Paul Swen Prior*<br>Paul Swen Prior, Esq.<br>Nevada Bar No. 9324<br>David W. Gutke, Esq.<br>Nevada Bar No. 9820<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, Nevada 89169<br>Tel: (702) 784-5200<br>*Attorneys for Defendant Four Queens, LLC* |

**ORDER**

**IT IS ORDERED THAT** Defendant Four Queens, LLC is dismissed from this action, with prejudice, and each party will bear their own fees and costs.

The Clerk of Court is instructed to close the case.

**IT IS SO ORDERED.**

DATED: April 22, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE

23862844